UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles E. Riley, Jr.,

        Plaintiff,                    Civil No. 05-2473 (RHK/SRN)

vs.                                 **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

State of Minnesota, Sherburne County
Sheriff's Department, Pat Carr,
Angela Knutsen, Brian Frank, John
Olson,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 27, 2005

                                                      s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge