**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| CHARLES E. RILEY, JR., | Civil No. 05-2473 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| STATE OF MINNESOTA, SHERBURNE COUNTY SHERIFF DEPARTMENT, PAT CARR, ANGELA KNUTSON, BRIAN FRANK, AND JOHN OLSON, | |
| Defendants. | |

---

Charles E. Riley, Jr., address unknown, plaintiff *pro-se*.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 3, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, [Docket No. 2], is **DENIED** and;

2. this action is **DISMISSED WITHOUT PREJUDICE**.

DATED:  April 24, 2007                                 s/John R. Tunheim
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                              United States District Judge